Eirtis McKAY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 71832.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 20, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 11, 1998.

Application to Transfer Denied
April 21, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the order denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. The motion court's findings of fact are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. The judgment is affirmed in accordance with Rule 84.16(b).

Che WALLACE, a.k.a. Shawn
Walker, Appellant,

v.

STATE of Missouri, Respondent.

No. 71882.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 20, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 18, 1998.

Application to Transfer Denied
April 21, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Che Wallace, a.k.a. Shawn Walker, appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion without an evidentiary hearing after he pled guilty to first degree robbery, RSMo section 569.020 (1994), and armed criminal action, RSMo section 571.015 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). A memorandum setting forth the reasons for our decision is attached solely for the use the parties involved.